BROWN KWON & LAM LLP

Brown Kwon & Lam, LLP
Attorneys at Law
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
Fax: (718) 795-1642
Email: info@bkllawyers.com

February 8, 2024

**Via ECF**
Hon. Steven L. Tiscione, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

           RE: *Laurie Stica v. Winters Bros. Waste Systems of Long Island, LLC, et al.,*
                *Case No.: 2:23-cv-03664*
                Mediation Status Report

Dear Judge Tiscione:

      This firm represents Laurie Stica ("Plaintiff") in the above referenced matter. I write jointly with counsel for the Defendants to inform the Court that the parties were unable to reach a settlement at the February 2, 2024 mediation.

      The parties thank the Court for its time and attention.

                                                      Respectfully Submitted,

                                                        /s/ *William Brown*
                                                        William Brown, Esq.

Cc: All parties (via ECF)